UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AARON WASKO,<br><br>    Plaintiff,<br><br>  v.<br><br>CUSTODY DEPUTIES, et al.,<br><br>    Defendants, | No. EDCV 10-1284-GW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: August 19, 2012

                                    GEORGE H. WU
                            UNITED STATES DISTRICT JUDGE